# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tostrud, Eric C. | U.S. District Court, Minnesota | 04/08/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final | 01/01/2020<br>**to**<br>12/31/2020 |
| | **5b.** ☐ Amended Report | |

**7. Chambers or Office Address**

Warren E. Burger Federal Building, Room 334
316 North Robert Street
St. Paul, MN 55101

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 04/08/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 04/08/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank Checking Account | A | Interest | M | T | | | | | |
| 2. US Bank Money Market Account | A | Interest | N | T | | | | | |
| 3. US Bank Managed Account 1 (H) | | | | | | | | | |
| 4. First American Retail Prime Obligations Fund | A | Interest | M | T | | | | | |
| 5. Congress Mid Cap Growth Fund | D | Dividend | N | T | | | | | |
| 6. Jensen Quality Growth Fund | E | Dividend | M | T | | | | | |
| 7. JPM 24M EEM 1.5X LBR 5/21/20 | | None | | | Matured | 05/21/20 | K | A | |
| 8. RBC 24M SPX 1.5X LBR 6/3/20 | | None | | | Matured | 06/03/20 | M | E | |
| 9. Vanguard Dividend Appreciation Index Fund | C | Dividend | N | T | | | | | |
| 10. Vanguard Growth Index Fund | A | Dividend | M | T | | | | | |
| 11. Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 12. MFS International Value Fund | E | Dividend | N | T | | | | | |
| 13. Causeway Emerging Markets Fund | | None | | | Sold | 06/01/20 | M | A | |
| 14. Vanguard Intermediate Term Tax-Exempt Fund | A | Interest | | | Sold | 01/13/20 | M | D | |
| 15. Vanguard Total Bond Market Index Fund | | None | | | Sold | 01/13/20 | K | A | |
| 16. Vanguard Inflation-Protected Securities Fund | | None | | | Sold | 01/13/20 | K | A | |
| 17. Loomis Sayles Strategic Alpha Fund | A | Interest | M | T | Sold (part) | 01/13/20 | L | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tostrud, Eric C.** | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. SPDR S&P 500 Index | D | Dividend | O | T | | | | | |
| 19. Ishares Core MSCI Eafe | | None | | | Sold | 06/01/20 | M | A | |
| 20. Schwab U.S. REIT | A | Dividend | | | Sold | 06/01/20 | M | A | |
| 21. JPM 24M BCOM 2X LBR 5/29/20 | | None | | | Matured | 05/29/20 | K | A | |
| 22. Fidelity intermediate municipal income fund | D | Interest | O | T | Sold<br>(part) | 01/13/20 | K | A | |
| 23. American Century High Income Fund | C | Interest | | | Sold | 06/01/20 | M | A | |
| 24. Columbia Small Cap Growth Fund | D | Dividend | L | T | | | | | |
| 25. Driehaus Active Income Fund | C | Interest | | | Sold | 10/08/20 | M | A | |
| 26. Ishares Core MSCI Emerging ETF | C | Dividend | M | T | | | | | |
| 27. Ishares Core U.S. REIT | C | Dividend | M | T | | | | | |
| 28. Jenson Quality Growth Fund | E | Dividend | M | T | | | | | |
| 29. Mainstay Floating Rate Fund | B | Interest | | | Sold | 06/01/20 | M | A | |
| 30. US Bank Managed Account 2 (H) | | | | | | | | | |
| 31. First American Retail Prime Obligations Fund | A | Interest | M | T | | | | | |
| 32. Congress Mid Cap Growth Fund | D | Dividend | N | T | | | | | |
| 33. Jensen Quality Growth Fund | E | Dividend | M | T | | | | | |
| 34. JPM 24M EEM 1.5X LBR 5/29/20 | | None | | | Matured | 05/29/20 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tostrud, Eric C.** | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JPM 24M ECOM 2X LBR 5/29/20 | | None | | | Matured | 05/29/20 | K | A | |
| 36. RBC 24M SPX 1.5X LBR 6/3/20 | | None | | | Matured | 06/03/20 | M | E | |
| 37. Vanguard Dividend Appreciation Index Fund | C | Dividend | N | T | | | | | |
| 38. Vanguard Growth Index Fund | A | Dividend | M | T | | | | | |
| 39. Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 40. MFS International Value Fund | E | Dividend | N | T | | | | | |
| 41. Causeway Emerging Markets Fund | | None | | | Sold | 06/01/20 | L | A | |
| 42. Vanguard Intermediate Term Tax-Exempt Fund | C | Interest | M | T | Sold (part) | 01/13/20 | L | C | |
| 43. Vanguard Total Bond Market Fund | | None | | | Sold | 01/13/20 | K | A | |
| 44. Vanguard Inflation-Protected Securities Fund | | None | | | Sold | 01/13/20 | K | A | |
| 45. Loomis Sayles Strategic Alpha Fund | A | Interest | M | T | Sold (part) | 01/13/20 | L | A | |
| 46. SPDR S&P 500 ETF | D | Dividend | O | T | | | | | |
| 47. Schwab U.S. Reit | A | Dividend | | | Sold | 06/01/20 | M | A | |
| 48. Ishares Core MSCI EAFE ETF | | None | | | Sold | 06/01/20 | M | A | |
| 49. American Century High Income Fund | C | Interest | | | Sold | 06/01/20 | M | A | |
| 50. Driehaus Active Income Fund | C | Distribution | | | Sold | 10/08/20 | M | A | |
| 51. Fidelity Intermediate Muni Bond Fund | C | Interest | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tostrud, Eric C.** | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Ishares Core MSCI Emerging ETF | C | Dividend | M | T | | | | | |
| 53. Ishares Core U.S. REIT ETF | C | Dividend | M | T | | | | | |
| 54. Mainstay Floating Rate Fund | B | Interest | | | Sold | 06/01/20 | M | A | |
| 55. US Bank Managed Account 3 (H) | | | | | | | | | |
| 56. First American Retail Prime Obl | B | Interest | P1 | T | | | | | |
| 57. Vanguard Total Bond Market Fund | | None | | | Sold | 01/13/20 | L | B | |
| 58. Jensen Quality Growth Fund | F | Dividend | O | T | | | | | |
| 59. MFS International Value Fund Class 1 | E | Dividend | O | T | | | | | |
| 60. Vanguard Dividend Appreciation Index Fund | D | Interest | O | T | | | | | |
| 61. Vanguard Growth Index Fund | D | Dividend | P1 | T | | | | | |
| 62. Vanguard 500 Index Fund | E | Dividend | P1 | T | | | | | |
| 63. Vanguard Short-term Bond Fund | | None | | | Sold | 01/13/20 | N | D | |
| 64. Fidelity Intermediate Municipal Income Fund | D | Interest | P1 | T | | | | | |
| 65. Nuveen MN Municipal Bond Fund | B | Interest | | | Sold | 01/13/20 | N | E | |
| 66. Neuberger Berman Genesis Fund | A | Dividend | | | Sold | 05/18/20 | N | A | |
| 67. SPDR S&P 500 ETF | E | Dividend | P1 | T | | | | | |
| 68. Ishares Core MSCI EAFE | | None | | | Sold | 05/18/20 | O | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tostrud, Eric C.** | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Causeway Emerging Markets Fund | | None | | | Sold | 05/18/20 | O | A | |
| 70. Schwab U.S. Reit | B | Dividend | | | Sold | 05/18/20 | N | A | |
| 71. American Century High Income Fund | D | Interest | | | Sold | 05/18/20 | N | A | |
| 72. Clearbridge International Growth | A | Distribution | M | T | | | | | |
| 73. Columbia Small Cap Growth Fund | E | Distribution | N | T | | | | | |
| 74. Driehaus Active Income Fund | D | Distribution | | | Sold | 10/08/20 | N | B | |
| 75. Ishares Core MSCI Emerging Markets ETF | D | Dividend | O | T | | | | | |
| 76. Ishares Core U.S. REIT ETF | D | Dividend | N | T | | | | | |
| 77. Ishares Russell Mid cap ETF | D | Dividend | P1 | T | | | | | |
| 78. JPM Morgan U.S. Small Company Fund | | None | | | Sold | 07/30/20 | M | E | |
| 79. Loomis Sayles Strategic Alpha Fund | C | Distribution | N | T | | | | | |
| 80. Mainstay Floating Rate Fund | D | Dividend | | | Sold | 05/18/20 | N | A | |
| 81. T.Rowe Price Micap Growth Fund | | None | | | Sold | 05/18/20 | M | A | |
| 82. Trust #1 (H) | | | | | | | | | |
| 83. First American Retail Prime Obligations Fund Class Y | A | Interest | K | T | | | | | |
| 84. Vanguard Mid-Cap Index Fund | A | Dividend | | | Sold | 05/18/20 | L | B | |
| 85. JP Morgan U.S. Small Company Fund | | None | | | Sold (part) | 01/14/20 | L | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. JP Morgan U.S. Small Company Fund | | None | | | Sold | 07/30/20 | K | B | |
| 87. Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 88. Fidelity Advisor International Discovery Fund | | None | | | Sold | 05/18/20 | L | B | |
| 89. Parametric Emerging Markets Inst'l Fund | | None | | | Sold (part) | 02/06/20 | K | A | |
| 90. Parametric Emerging Markets Inst'l Fund | | None | | | Sold | 05/08/20 | J | A | |
| 91. Boston Partners Long/Short Research Fund | | None | | | Sold | 01/14/20 | L | B | |
| 92. Nuveen All American Municipal Bond Fund | A | Interest | | | Sold | 01/14/20 | K | B | |
| 93. Nuveen Intermediate Duration Municipal Bond Fund | A | Interest | | | Sold (part) | 01/14/20 | L | C | |
| 94. Nuveen Intermediat Duration Municipal Bond Fund | | None | | | Sold | 05/08/20 | L | A | |
| 95. Nuveen Real Estate Securities Fund | | None | | | Sold | 01/14/20 | K | A | |
| 96. Goldman Sachs Commodity Strategy Fund | | None | | | Sold | 01/14/20 | K | A | |
| 97. iShares MSCI EAFE | B | Dividend | L | T | Sold (part) | 07/30/20 | J | A | |
| 98. Columbia Dividend Income Fund | B | Interest | L | T | | | | | |
| 99. T. Rowe Price Growth Stock Fund | C | Distribution | L | T | | | | | |
| 100. American Century High Income Fund | B | Interest | K | T | Sold (part) | 10/08/20 | J | A | |
| 101. Causeway Emerging Market Fund | | None | | | Sold | 05/08/20 | L | A | |
| 102. Columbia Small Cap Growth | B | Distribution | K | T | Sold (part) | 05/08/20 | L | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Drieshaus Active Income | A | Distribution | | | Sold | 05/08/20 | K | A | |
| 104. Fideltity Intermediate Muni Fund | B | Interest | L | T | | | | | |
| 105. Ishare Core MSCI Emerging | B | Dividend | L | T | Sold<br>(part) | 07/30/20 | J | B | |
| 106. Ishares Core U.S. REIT | A | Dividend | K | T | | | | | |
| 107. Ishares MSCI EAFE Value | | None | | | Sold | 01/14/20 | L | A | |
| 108. Ishares Russell Midcap | B | Dividend | M | T | | | | | |
| 109. Loomis Sales Strategic Alpha | A | Distribution | K | T | | | | | |
| 110. Mainstay Floating Rate | A | Dividend | | | Sold | 05/08/20 | K | A | |
| 111. Vanguard Real Estate ETF | | None | | | Sold | 05/08/20 | K | A | |
| 112. Trust #2 (H) | | | | | | | | | |
| 113. First American Retail Prime Obligations<br>Fund Class Y | A | Interest | K | T | | | | | |
| 114. JP Morgan U.S. Small Company Fund | | None | | | Sold | 01/15/20 | L | A | |
| 115. Vanguard Mid-Cap Index Fund | A | Distribution | | | Sold | 05/08/20 | L | A | |
| 116. Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 117. Fidelity Advisor International Discovery<br>Fund | | None | | | Sold | 05/08/20 | L | B | |
| 118. Parametric Emerging Markets Fund | | None | | | Sold<br>(part) | 02/06/20 | K | A | |
| 119. Parametric Emerging Markets Fund | | None | | | Sold | 05/08/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tostrud, Eric C.** | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.   Boston Partners Long/Short Research Fund | | None | | | Sold | 01/15/20 | L | B | |
| 121.   Nuveen All American Municipal Bond Fund | A | Interest | | | Sold | 01/15/20 | K | B | |
| 122.   Nuveen Intermediate Duration Municipal Bond Fund | A | Interest | | | Sold (part) | 01/15/20 | L | C | |
| 123.   Nuveen Intermediate Duration Muni Bond Fund | | None | | | Sold | 05/08/20 | L | A | |
| 124.   Nuveen Real Estate Securities Fund | | None | | | Sold | 01/15/20 | K | A | |
| 125.   Goldman Sachs Commodity Strategy Fund | | None | | | Sold | 01/15/20 | K | A | |
| 126.   Ishares MSCI EAFE ETF | | None | | | Sold | 05/08/20 | L | A | |
| 127.   Columbia Dividend Income Fund | B | Distribution | L | T | | | | | |
| 128.   T. Rowe Price Growth Stock Fund | C | Distribution | M | T | | | | | |
| 129.   American Century High Income Fund | B | Interest | K | T | Sold (part) | 10/08/20 | J | A | |
| 130.   Causeway Emerging Markets Fund | | None | | | Sold | 05/08/20 | L | A | |
| 131.   Columbia Small Cap Growth Fund | B | Distribution | K | T | Sold (part) | 05/08/20 | K | A | |
| 132.   Driehaus Active Income Fund | A | Distribution | | | Sold | 10/08/20 | K | A | |
| 133.   Fidelity Intermediate Muni Fund | B | Interest | M | T | | | | | |
| 134.   Ishares Core MSCI EAFE ETF | A | Dividend | M | T | Sold (part) | 07/30/20 | J | C | |
| 135.   Ishares Core MSCI Emerging Markets ETF | B | Dividend | L | T | Sold (part) | 07/30/20 | J | B | |
| 136.   Ishares Core U.S. REIT | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tostrud, Eric C.** | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Ishares MSCI EAFE Value | | None | | | Sold | 01/15/20 | L | A | |
| 138. Ishares Russell Midcap ETF | B | Dividend | M | T | | | | | |
| 139. Loomis Sayles Strategic Alpha | A | Distribution | K | T | | | | | |
| 140. Mainstay Floating Rate | A | Dividend | | | Sold | 05/08/20 | K | A | |
| 141. Vanguard Real Estate | A | Distribution | | | Sold | 05/20/20 | K | A | |
| 142. US Bank IRA (H) | | | | | | | | | |
| 143. First American Retail Prime Obl | A | Interest | L | T | | | | | |
| 144. Baird Aggregate Bond Fund | D | Distribution | M | T | Sold (part) | 05/18/20 | M | D | |
| 145. Oppenheimer Senior Floating Rate Fund | A | Interest | | | Sold | 01/13/20 | M | A | |
| 146. SPDR S&P500 ETF | C | Dividend | N | T | | | | | |
| 147. Vanguard Total Stock Market Fund | C | Distribution | N | T | | | | | |
| 148. Ishares MSCI EAFE Value ETF | | None | | | Sold | 01/15/20 | L | A | |
| 149. Ishares MSCI EAFE ETF | | None | | | Sold | 05/08/20 | L | A | |
| 150. Causeway Emerging Markets Fund | B | Distribution | M | T | Sold (part) | 05/18/20 | K | A | |
| 151. American Century High Income Fund | C | Interest | L | T | | | | | |
| 152. Columbia Small Cap Growth Fund | D | Distribution | M | T | Sold (part) | 05/18/20 | M | C | |
| 153. Congress Mid Cap Grwth | D | Distribution | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  Ishare Core U.S. Reit | B | Dividend | L | T | | | | | |
| 155.  Mainstay Floating Rate Fund | A | Dividend | | | Sold | 05/18/20 | L | D | |
| 156.  Trust #3 (H) | | | | | | | | | |
| 157.  First American Retail Prime Obligations Fund | B | Interest | M | T | | | | | |
| 158.  3M Co | B | Dividend | | | Sold | 03/09/20 | M | F | |
| 159.  Alphabet Inc Cl A | | None | N | T | | | | | |
| 160.  Apple Inc | C | Dividend | N | T | | | | | |
| 161.  Bank of America | | None | | | Sold | 01/14/20 | L | E | |
| 162.  Berkshire Hathaway Inc | | None | | | Sold | 01/14/20 | M | F | |
| 163.  Booking Holdings | | None | | | Sold | 01/14/20 | L | E | |
| 164.  Causeway Emerging Markets Intl Fund | | None | | | Sold (part) | 03/13/20 | M | A | |
| 165.  Causeway Emerging Markets Intl Fund | | None | | | Sold | 03/20/20 | O | A | |
| 166.  Costar Group Inc | | None | M | T | | | | | |
| 167.  CVS Health Corp | | None | | | Sold | 01/14/20 | K | E | |
| 168.  Deutsche X Trackers MSCI Europe ETF | | None | | | Sold | 03/13/20 | M | A | |
| 169.  Ecolab Inc | A | Dividend | | | Sold | 03/13/20 | M | G | |
| 170.  Five Below | | None | | | Sold | 01/14/20 | K | E | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tostrud, Eric C.** | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Grand Canyon Education Inc | | None | | | Sold | 01/14/20 | K | E | |
| 172. Healthcare Select SPDR | B | Distribution | | | Sold | 03/20/20 | M | A | |
| 173. JP Morgan Chase Co | B | Dividend | | | Sold (part) | 01/14/20 | K | E | |
| 174. JP Morgan Chase Co. | B | Dividend | | | Sold | 03/20/20 | M | F | |
| 175. Johnson Johnson | A | Dividend | | | Sold | 03/20/20 | M | F | |
| 176. Maximus Inc | | None | | | Sold | 01/14/20 | K | E | |
| 177. Microsoft corp | C | Dividend | N | T | | | | | |
| 178. Nike Inc | A | Dividend | | | Sold | 03/20/20 | M | G | |
| 179. Nuveen All American Muni Bd Fd | C | Interest | | | Sold | 03/20/20 | N | A | |
| 180. Nuveen High Yield Muni Bd Cl I | B | Interest | | | Sold | 03/20/20 | L | A | |
| 181. Nuveen Inter Dur Muni Bond I | C | Interest | | | Sold | 03/20/20 | N | A | |
| 182. Nuveen Short Dur Hi Yld Muni Bd I | C | Interest | | | Sold | 03/20/20 | N | A | |
| 183. Paypal Hldgs Inc | | None | | | Sold | 01/14/20 | L | F | |
| 184. RBC 24M EFA 1.5X 6/3/20 | | None | | | Matured | 06/03/20 | M | A | |
| 185. Rollins Inc | | None | | | Sold | 01/14/20 | K | E | |
| 186. Robeco Boston Partners Fund | | None | | | Sold | 03/12/20 | N | A | |
| 187. Vanguard Intl Growth Fd | D | Dividend | O | T | Sold (part) | 03/10/20 | L | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tostrud, Eric C.** | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Vanguard Int'l Growth Fd | D | Dividend | O | T | Sold (part) | 03/13/20 | N | D | |
| 189. Veeva Systems In Cl A | | None | | | Sold | 01/14/20 | K | E | |
| 190. Verisk Analytics Inc | B | Dividend | N | T | | | | | |
| 191. Visa Inc Class A | A | Dividend | | | Sold | 03/20/20 | M | F | |
| 192. Walt Disney | B | Dividend | | | Sold | 03/20/20 | M | G | |
| 193. Federated Intst High Yield Bond Fd | C | Interest | | | Sold | 03/13/20 | M | A | |
| 194. TIAA Cref Inflation Linked Bond Fund | A | Distribution | | | Sold | 03/20/20 | M | D | |
| 195. SPDR S&P 500 ETF | D | Dividend | | | Sold | 03/20/20 | O | F | |
| 196. Congress Midcap Growth Fund | | None | | | Sold | 03/13/20 | N | D | |
| 197. T. Rowe Price Small cap Stock Fund | | None | | | Sold | 03/12/20 | N | A | |
| 198. Nuveen Real Estate Securities Fund | | None | | | Sold | 03/13/20 | N | A | |
| 199. Principal Fds Global Real Estate Securites | | None | | | Sold | 03/20/20 | M | A | |
| 200. Columbia Small Cap Growth Fund | F | Distribution | O | T | | | | | |
| 201. Ishares Core S&P 500 ETF | F | Dividend | P1 | T | | | | | |
| 202. Ishares Core U.S. Aggregate Bond | E | Interest | P1 | T | | | | | |
| 203. Ishares MSCI EAFE ETF | | None | | | Sold | 03/20/20 | N | A | |
| 204. Ishares MSCI Emerging Mkt ETF | | None | | | Sold | 03/12/20 | O | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. SPDR S&P Midcap ETF | C | Distribution | | | Sold | 03/20/20 | P1 | A | |
| 206. Vanguard Real Estate ETF | | None | | | Sold | 03/20/20 | N | A | |
| 207. Vanguard Total Stock Market | E | Distribution | P1 | T | | | | | |
| 208. Trust #4 (H) | | | | | | | | | |
| 209. First Am Govt Obligations Fund | A | Interest | M | T | | | | | |
| 210. Nuveen MN Intermediate Muni Bond Fd | A | Interest | | | Sold | 01/14/20 | M | D | |
| 211. Healthcare Select SPDR | C | Distribution | M | T | | | | | |
| 212. SPDR S&P 500 ETF | D | Dividend | P1 | T | | | | | |
| 213. T. Rowe Price Midcap Growth Fund | | None | | | Sold | 05/04/20 | O | A | |
| 214. T. Rowe Price Small Cap Stock Fund | | None | | | Sold | 05/04/20 | M | A | |
| 215. Technology Select Sector SPDR | C | Distribution | N | T | | | | | |
| 216. Vanguard Total Stock Market ETF | D | Distribution | O | T | | | | | |
| 217. Harding Loevner Fund | | None | | | Sold | 03/04/20 | N | A | |
| 218. iShares Core MSCI EAFE ETF | | None | | | Sold | 05/04/20 | N | A | |
| 219. Causeway Emerging Markets Fund | | None | | | Sold | 05/04/20 | N | A | |
| 220. Vanguard Real Estate ETF | B | Distribution | | | Sold | 05/04/20 | M | A | |
| 221. Mainstay Floating Rate Fund | C | Dividend | | | Sold | 05/04/20 | M | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  Columbia Small Cap Growth Fund | D | Distribution | M | T | | | | | |
| 223.  Fidelity Intermediate Muni Fund | C | Interest | N | T | | | | | |
| 224.  Investco Senior Floating Rate Fund | A | Int./Div. | J | T | | | | | |
| 225.  Ishares Core MSCI Emerging Markets ETF | D | Dividend | N | T | Sold (part) | 07/30/20 | K | C | |
| 226.  Ishares Core U.S. REIT | C | Dividend | M | T | | | | | |
| 227.  Ishares MSCI ACWI Ex US ETF | D | Dividend | O | T | Sold (part) | 07/30/20 | J | B | |
| 228.  Ishares Russell Midcap ETF | D | Dividend | O | T | | | | | |
| 229.  JP Morgan US Small Company | | None | | | Sold | 07/30/20 | M | E | |
| 230. | | | | | | | | | |
| 231. | | | | | | | | | |
| 232. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 04/08/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eric C. Tostrud**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544